**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GREGORY MURROW,

    Plaintiff,

vs.

JERALD E. BOYERS, *et al.*,

    Defendants.

2:08-cv-01127-GMN-PAL

**ORDER**

On May 28, 2010, the court sent plaintiff a minute order reassigning the district judge in this case (docket #30). On June 8, 2010, the order served on plaintiff was returned by the U.S. Postal Service as undeliverable. Pursuant to Rule 2-2 of the Local Rules of Special Proceedings and Appeals, a *pro se* litigant is required to keep the court apprised of his or her current address at all times. Local Rule 2-2 states: "The plaintiff shall immediately file with the court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice."

In the instant case, sixty days have passed since plaintiff's mail was returned and he has not notified the court of a current address. Moreover, the court notes that, with the exception of plaintiff's notice of change of address filed August 25, 2009, no parties in this case have taken any action whatsoever since the court entered its screening order on August 19, 2009 (docket #28). Accordingly, this action is dismissed with prejudice.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED this <u>11th</u> day of August, 2010.

_____
Gloria M. Navarro
United States District Judge